# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

                                          CRIMINAL NO. 2008-10077-DPW

HEIDI BENHAM,
        Defendant.

## *AMENDED ORDER SETTING CONDITIONS OF RELEASE*

COLLINGS, U.S.M.J.

After hearing, the Court finds that there is a combination of conditions of release which will reasonably assure the appearance of the defendant and the safety of other persons and the community. Accordingly, the Court sets the following Conditions of Release:

    (1)    The defendant shall live only at Apt. #2C, 980 Main Street, Hackensack, New Jersey ("the residence") and at no other location.

    (2)    The defendant is released into the Third Party Custody of Richard Baron, Esquire.

    (3)    The defendant shall be subject to electronic monitoring at the residence and may not leave the residence except (a) for the purpose of attending a previously scheduled appearance in a court, (b) for the purpose of visiting an attorney who is representing her

in a pending criminal matter, (c) for the purpose of seeking emergency medical care and (d) for mental health and/or other medical appointments. Permission to leave the residence for the above-stated purposes (a), (b), (c) or (d) is conditioned on the defendant complying with all of the requirements imposed by Pre-Trial Services and that at all times when the defendant is out of the residence, she shall be in the *actual physical presence* of the third-party custodian.

(4)   The defendant shall not possess a cell phone and there shall be no cell phone at the residence.

(5)   The defendant shall arrange for a landline telephone in her residence which has no features incompatible with electronic monitoring.

(6)   The defendant shall consent to the installation of a trap and trace device on her telephone. The Court authorizes Verizon of New Jersey to install a trap and trace device on the defendant's telephone.

(7)   The defendant shall use the telephone only to call designated telephone numbers which have been approved in advance by Pre-Trial Services.

(8)   The defendant shall not apply for a passport or any type of travel documents while on release.

(9)   The defendant's travel is restricted to New Jersey, New York, Connecticut, Rhode Island and Massachusetts.

(10)  The defendant shall not possess any firearms, destructive devices or dangerous weapons while on release and there shall be no such firearms, destructive devices or dangerous weapons in the residence.

(11) The defendant shall not use alcohol to excess and shall not use or possess any narcotic controlled substance or any other prescription drugs except by prescription from a licensed medical practitioner.

(12) The defendant shall submit to any method of drug testing required by Pre-Trial Services and at any time specified by Pre-Trial Services.

(13) The defendant shall participate in any outpatient mental health program which Pre-Trial Services designates.

(14) The defendant shall notify Pre-Trial Services within twenty-four (24) hours if she is arrested or has any contact with any law enforcement officials.

(15) The defendant shall not violate any Federal, state or local law while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

(16) The defendant shall have no computers, internet access, automated service(s), or connected device(s) in her residence and shall not access the internet by any means whatsoever.

Counsel shall notify Pre-Trial Services when the landline telephone is in place and Pre-Trial Services shall notify the Court when they are ready to have the defendant released and hooked up on electronic monitoring. At that time, the Court shall hold a release hearing.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: August 28, 2008